**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**NATALIE SCHULTZ, et al.,**

      **Plaintiffs,**

          **Case No. 1:25-cv-903**

    **v.**

          **JUDGE DOUGLAS R. COLE**
**AMY SEARCY,**          **Magistrate Judge Bowman**

      **Defendant.**

### OPINION AND ORDER

On December 9, 2025, Plaintiffs Natalie Schultz and Bridget Davis, proceeding pro se, brought this action against Defendant Amy Searcy for violations of "structural due process." (Compl., Doc. 1). Two weeks later, on December 23, Schultz voluntarily dismissed this action without prejudice. (Doc. 5).

But that dismissal only applied to Schultz. Davis presumably was still an active plaintiff. She, however, did not continue to prosecute the case. So on March 24, 2026, Magistrate Judge Bowman issued an Order requiring Davis to show cause in writing within 20 days for why the Complaint should not be dismissed for failure of service of process. (Doc. 6). Davis needed to respond by April 13, 2026. (*Id.*). That deadline has come and gone with no response or other action by Davis.

On the service front, the Clerk's office did its part. It issued a summons for the Defendant on December 9, 2025. (Doc. 3). But as the Magistrate Judge pointed out, "[t]he record … contains no indication that the Defendant has waived service of process or that Plaintiffs served the Defendant with a summons or with a copy of the complaint." (Doc. 6, #11). That poses a problem for Davis. Under Federal Rule of Civil

Procedure 4(m), the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time" if a defendant is not served within 90 days after the complaint is filed. The Magistrate Judge gave notice to Davis of the Court's intent to dismiss her action for failure to serve, as well as providing an opportunity to demonstrate good cause for the delay. (Doc. 6). But the time to complete service, and the additional time to show good cause, have both passed.

Thus, the Court **DISMISSES** this action with respect to Davis **WITHOUT PREJUDICE**. Because both Plaintiffs are dismissed now, the Court **ORDERS** the Clerk to terminate the case.

**SO ORDERED.**

April 21, 2026
 **DATE**

 **DOUGLAS R. COLE**
 **UNITED STATES DISTRICT JUDGE**

2